PROB 12C
(6/16)

Report Date: November 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Paul Parisian          Case Number: 0980 1:16CR02006-EFS-4

Address of Offender: ███████████████████ Spokane, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2017

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)

Original Sentence: Prison - 108 months;          Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: Alison L. Gregoire          Date Supervision Commenced: April 19, 2023

Defense Attorney: Federal Public Defender          Date Supervision Expires: April 18, 2028

## PETITIONING THE COURT

To issue a summons.

On April 25, 2023, a United States probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Mr. Parisian is in violation of his supervised release conditions by failing to attend intensive outpatient services (IOP) on October 6, 11, 13, 25 and 27, 2023. |
| | On November 8, 2023, the undersigned was notified that Mr. Parisian was unsuccessfully discharged due to missing several IOP sessions. Mr. Parisian missed IOP on the following dates: October 6, 11, 13, 25 and 27, 2023. According to the discharge summary, On October 11, 2023, Mr. Parisian was notified and agreed to a 30-day contract with the counselor at New Horizon that he would not miss anymore sessions and would test negative on random urinalysis going forward or he will be unsuccessfully discharged. |

Prob12C
**Re: Parisian, Christopher Paul**
November 14, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendation of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: It is alleged that Mr. Parisian is in violation of his supervised release conditions by failing to attend a mental health session on November 2, 2023.

On November 8, 2023, the undersigned was notified by the mental health counselor at New Horizon Care Center that Mr. Parisian was a no show for his scheduled mental health session on November 2, 2023.

3   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Parisian violated the terms of his supervised release by consuming a controlled substance, fentanyl, on or about October 6 and 9, 2023.

On November 6, 2023, the undersigned officer was notified by the counselor at New Horizon Care Center that Mr. Parisian submitted random urinalysis tests on October 6 and 9, 2023, that returned positive from the lab for fentanyl.

4   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about October 9, 2023.

On November 6, 2023, the undersigned officer was notified by the counselor from New Horizon Care Center that Mr. Parisian submitted a random urinalysis test on October 9, 2023, that returned positive from the lab for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 14, 2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 15, 2023

Date