PROB 12C
(6/16)

Report Date:  March 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Paul Parisian          Case Number: 0980 1:16CR02006-EFS-4

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and 841 (b)(1)(A) | |
| Original Sentence: | Prison - 108 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: April 19, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 18, 2028 |

## PETITIONING THE COURT

To **issue a SUMMONS** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023.

On April 25, 2023, a United States probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by failing to attend a mental health counseling session, on or about February 6, 2025.

Mr. Parisian is enrolled in mental health counseling services with Pioneer Human Service (PHS). Mr. Parisian was scheduled for a mental health counseling appointment on February 6, 2025. He failed to attend this appointment.

Prob12C
Re: **Parisian, Christopher Paul**
**March 7, 2025**
**Page 2**

6          **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of supervised release by failing to attend substance abuse treatment sessions on February 12, 20 and 27, 2025.

Mr. Parisian is enrolled in intensive outpatient treatment with Pioneer Human Services (PHS). PHS reported he missed group sessions on February 12, 13, 20 and 27, 2025. Mr. Parisian was ultimately excused from missing group on February 13, 2025, as he provided medical documentation of being seen at an emergency room the evening of February 13, 2025.

7          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 20, 2025.

On February 6, 2025, a sweat patch was applied to Mr. Parisian. On February 20, 2025, the sweat patch, which appeared tampered with, was sent to the lab for testing. The lab report confirmed a positive presence for methamphetamine and amphetamine. A second sweat patch was applied from February 20 to 24, 2025. The lab report for this sweat patch also noted a positive presence for methamphetamine and amphetamine. The drug levels had decreased from the first sweat patch to the second sweat patch, and since the two patches were applied one after the other, it is difficult to determine if the results are from one use or multiple uses. Therefore, only one use is being alleged.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 7, 2025

                s/Melissa Hanson

                Melissa Hanson
                U.S. Probation Officer

Prob12C
**Re: Parisian, Christopher Paul**
**March 7, 2025**
**Page 3**

## THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[ X]  The Issuance of a Summons
[ X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[ X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_Edward F. Shea_
_____
Signature of Judicial Officer

March 11, 2025
_____
Date