PROB 12C
(6/16)

Report Date: March 26, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Paul Parisian    Case Number: 0980 1:16CR02006-EFS-4

Address of Offender: ███████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2017

Original Offense:     Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A)

Original Sentence:    Prison - 108 months;        Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Alison Gregoire             Date Supervision Commenced: April 19, 2023

Defense Attorney:     Federal Public Defender     Date Supervision Expires: April 18, 2028

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023 and 03/07/2025.

On April 25, 2023, a United States probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |// 
| | **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 5, 2025. |
| | On March 6, 2025, Mr. Parisian submitted to a urinalysis at Pioneer Human Services (PHS). He tested presumptive positive for methamphetamine. At that time, he denied use. |
| | On March 11, 2025, he reported to the probation office. During this contact he admitted to consuming methamphetamine on March 5, 2025, and signed a drug use admission form. |

Prob12C
Re: Parisian, Christopher Paul
March 26, 2025
Page 2

| | | |
|---|---|---|
| | 9 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 10, 2025. |
| | | On March 10, 2025, Mr. Parisian submitted to a urinalysis at Pioneer Human Services (PHS). He tested presumptive positive for methamphetamine. Mr. Parisian signed a drug use admission form indicating his last use of methamphetamine was on March 5, 2025. |
| | | A lab report has since been received, which confirmed a positive presence for methamphetamine. This would indicate additional use since March 5, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/26/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

March 27, 2025

Date