PROB 12C
(6/16)

Report Date: July 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Paul Parisian | Case Number: 0980 1:16CR02006-EFS-4 |
| Address of Offender: ███████████████ | Spokane, Washington 99224 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | | |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | April 19, 2023 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: | April 18, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023, 03/07/2025, 03/26/2025, 07/02/2025 and 07/10/2025.

On April 25, 2023, a United States probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by failing to attend a mental health counseling session on or about July 11 and 18, 2025.<br><br>Mr. Parisian is enrolled in mental health counseling services with Pioneer Human Services (PHS). Mr. Parisian was scheduled for a mental health counseling appointment on July 11, 2025. Mr. Parisian called the counselor after his scheduled appointment time and advised the counselor he would not be able to make the appointment, stating it conflicted with another appointment. He was reminded by the counselor he was already scheduled for July 18, 2025, as well. |

Prob12C
Re: Parisian, Christopher Paul
July 28, 2025
Page 2

On July 18, 2025, the mental health counselor called Mr. Parisian 15 minutes into their scheduled appointment time as Mr. Parisian had not yet appeared for this appointment. Mr. Parisian indicated to the counselor he thought the appointment was scheduled for another time. The mental health counselor advised that Mr. Parisian had been reminded of this appointment date and time on several occasions.

14   **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by failing to attend an individual substance abuse counseling session on or about July 21, 2025.

Mr. Parisian is enrolled is substance abuse treatment services with PHS. On July 21, 2025, he was scheduled to meet with his primary counselor for a regularly scheduled individual session. Mr. Parisian failed to attend that appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/07/28/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Edward F. Shea_
Signature of Judicial Officer

July 31, 2025
Date