PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 6, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. McAVOY, CLERK

ECF No 1072

| | |
|---|---|
| Name of Offender: Christopher Paul Parisian | Case Number: 0980 1:16CR02006-EFS-4 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99224 | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 12, 2017 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| Original Sentence: Prison - 108 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison Gregoire | Date Supervision Commenced: April 19, 2023 |
| Defense Attorney: Adrien Lindsey Fox | Date Supervision Expires: April 18, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023, 03/07/2025, 03/26/2025, 07/02/2025, 07/10/2025 and 07/28/2025.

On April 25, 2023, a United States probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by failing to attend a mental health counseling session on or about August 1, 2025. |
| | Mr. Parisian is enrolled in mental health counseling services with Pioneer Human Services (PHS).  Mr. Parisian was scheduled for a mental health counseling appointment on August 1, 2025.  His mental health counselor contacted Mr. Parisian about missing this appointment.  Mr. Parisian indicated to his counselor that he forgot about his appointment. |

Prob12C
Re: Parisian, Christopher Paul
August 6, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/06/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

August 11, 2025

Date