PROB 12C
(6/16)

Report Date: September 10, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christopher Paul Parisian | Case Number: 0980 1:16CR02006-EFS-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99224 | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 12, 2017 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841 and 846 (b)(1)(A) |
| Original Sentence: Prison - 108 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison Gregoire | Date Supervision Commenced: April 19, 2023 |
| Defense Attorney: Adrien Lindsey Fox | Date Supervision Expires: April 18, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023, 03/07/2025, 03/26/2025, 07/02/2025, 07/10/2025,  07/28/2025, 8/6/2025 and 9/5/25.

On  April 25, 2023, a U.S. probation officer reviewed Mr. Parisian's conditions of supervised  release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 4, 2025. |
| | On August 4, 2025, Christopher Parisian entered inpatient treatment at Sun Ray Court.  He was ultimately unsuccessfully discharged.  The discharge report has since been received which included a lab report for the urinalysis collected on the date of his intake.  The lab report showed a positive presence for methamphetamine and amphetamine. |

Prob12C
**Re: Parisian, Christopher Paul**
**September 10, 2025**
**Page 2**

On September 10, 2025, during an office visit, Mr. Parisian indicated he probably used methamphetamine before entering inpatient treatment.

| | |
|---|---|
| 19 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about August 4, 2025.

On August 4, 2025, Christopher Parisian entered inpatient treatment at Sun Ray Court. He was ultimately unsuccessfully discharged. The discharge report has since been received which included a lab report for the urinalysis collected on the date of his intake. The lab report showed a positive presence for Fentanyl.

On September 10, 2025, during an office visit, Mr. Parisian denied use of Fentanyl but indicated it was possible it was in the methamphetamine he consumed.

| | |
|---|---|
| 20 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, Clonazepam, on or about August 4, 2025.

On August 4, 2025, Christopher Parisian entered inpatient treatment at Sun Ray Court. He was ultimately unsuccessfully discharged. The discharge report has since been received which included a lab report for the urinalysis collected on the date of his intake. The lab report showed a positive presence for Clonazepam.

On September 10, 2025, during an office visit, Mr. Parisian was not forthcoming about his use but stated "I guess so if it says that" when questioned if he used Clonazepam.

| | |
|---|---|
| 21 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about August 23, 2025.

On August 4, 2025, Christopher Parisian entered inpatient treatment at Sun Ray Court. He was ultimately unsuccessfully discharged. The discharge report has since been received

Prob12C
**Re: Parisian, Christopher Paul**
**September 10, 2025**
**Page 3**

    which included a lab report for the urinalysis collected on the date of his intake. The lab report showed a positive presence for Clonazepam.

22    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about August 23, 2025.

    On August 4, 2025, Christopher Parisian entered inpatient treatment at Sun Ray Court. He was ultimately unsuccessfully discharged. The discharge report has since been received which included a lab report for the urinalysis collected on August 23, 2025. The lab report showed a positive presence for Fentanyl.

    Mr. Parisian denies use of Fentanyl.

23    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by failing to submit to sweat patch testing, on or about September 5, 2025.

    On September 5, 2025, a sweat patch was applied to Mr. Parisian as he appeared under the influence while at the probation office. He was directed to report on September 10, 2025 to have the sweat patch removed. However, he reported on September 8, 2025, reporting the patch fell off after being in a hot tub. Mr. Parisian is well aware of the expectations for caring for a sweat patch. Additionally, if he was in fact in a hot tub, it is unlikely that the sweat patch fell off as a result.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/10/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Parisian, Christopher Paul**
**September 10, 2025**
**Page 4**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

September 16, 2025

Date