PROB 12C
(6/16)

Report Date: September 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Paul Parisian | Case Number: 0980 1:16CR02006-EFS-4 |
| Address of Offender: ███████████████ | Spokane, Washington 99224 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 12, 2017 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841 and 846 (b)(1)(A) |
| Original Sentence: Prison - 108 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison Gregoire | Date Supervision Commenced: April 19, 2023 |
| Defense Attorney: Adrian L. Fox | Date Supervision Expires: April 18, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023, 03/07/2025, 03/26/2025, 07/02/2025, 07/10/2025, 07/28/2025, 8/6/2025, 9/5/25 and 9/10/25.

On April 25, 2023, a U.S. probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 24 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 3, 2025. |
| | On September 3, 2025, a sweat patch was applied to Mr. Parisian. On September 4, 2025, the sweat patch was removed and sent to the lab for testing. A lab report has since been received and noted a positive presence for methamphetamine and amphetamine. |

Prob12C

**Re: Parisian, Christopher Paul**
**September 12, 2025**
**Page 2**

| | | |
|---|---|---|
| 25 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by consuming a controlled substance, fentanyl, on or about September 3, 2025.

On September 3, 2025, a sweat patch was applied to Mr. Parisian. On September 4, 2025, the sweat patch was removed and sent to the lab for testing. A lab report has since been received and noted a positive presence for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/12/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

September 16, 2025

Date