PROB 12C
(6/16)

Report Date: September 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Paul Parisian | Case Number: 0980 1:16CR02006-EFS-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99224 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841 and 846 (b)(1)(A) | | |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison Gergoire | Date Supervision Commenced: | April 19, 2023 |
| Defense Attorney: | Adrien L. Fox | Date Supervision Expires: | April 18, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023, 03/07/2025, 03/26/2025, 07/02/2025, 07/10/2025, 07/28/2025, 08/06/2025, 09/05/2025, 09/10/2025 and 09/12/2025.

On April 25, 2023, a U.S. probation officer reviewed Mr. Parisian's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 26 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: It is alleged that Christopher Parisian violated the terms of his supervised release by failing to report as directed on or about September 15, 2025. |
| | On September 10, 2025, Mr. Parisian reported to the probation office. A sweat patch was applied for testing of illicit substances. He was directed to return on September 15, 2025, to have the sweat patch removed. |
| | On September 15, 2025, Mr. Parisian failed to report. |

27 **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by failing to attend an individual substance abuse counseling session on or about September 9, 2025, or since.

Mr. Parisian is enrolled in intensive outpatient substance abuse treatment with Pioneer Human Service (PHS). He is scheduled to attend groups sessions on Mondays, Tuesdays and Wednesdays, as well as a monthly individual session with his primary counselor.

PHS advised that Mr. Parisian attended his admit appointment on September 3, 2025. They further reported that he failed to attend a group session on September 9, 2025, and has not attended services since, to include an individual session on September 15, 2025.

28 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 8, 2025.

On September 8, 2025, a sweat patch was applied to Mr. Parisian. On September 10, 2025, the sweat patch was removed. The lab results have since been received and noted a positive presence for methamphetamine and amphetamine.

29 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about September 8, 2025.

On September 8, 2025, a sweat patch was applied to Mr. Parisian. On September 10, 2025, the sweat patch was removed. The lab results have since been received and noted a positive presence for Fentanyl.

30 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Parisian, Christopher Paul
September 18, 2025
Page 3

**Supporting Evidence**: Christopher Parisian allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 13, 2025.

On September 16, 2025, a home visit was completed. During this contact Mr. Parisian admitted to using methamphetamine on September 13, 2025. He signed a drug use admission form reflecting this admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/18/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

September 19, 2025
Date